# Exhibit 6

**From:** David B. Rankin [mailto:DRankin@BLHNY.COM]
**Sent:** Monday, August 06, 2018 4:05 PM
**To:** OGC FOIA Appeals <ogcfoiaappeals@va.gov>
**Cc:** Brooke Schreier Ganz <reclaimtherecords@gmail.com>
**Subject:** [EXTERNAL] FOIA Request: VHA-18-03259-F

To Whom it May Concern:

We appeal the denial of Ms. Ganz's FOIA request. Attached. The BIRLS Death File is already in the public domain, and the public interest in its disclosure far outweighs any private, the Department of Veteran Affairs should order disclosure of the records in the interest of avoiding unnecessary litigation. In the event that any portions of the File are withheld or deleted, the Department at a minimum should specifically identify any portions withheld, provide an index or similar statement of the scope of the material withheld, and specify the exemptions upon which the denial on appeal is based. Further, we rely on the arguments we made in the first appeal of this FOIA request dated April 6, 2018, also attached.

      Pursuant to the requirements of FOIA, we request a response to this appeal within twenty working days. Please contact me by telephone if you have any questions or if I can facilitate your review, and the expeditious release, of the requested records in any way.

Best,

David

----------------

David B. Rankin | Partner
Beldock Levine & Hoffman LLP
99 Park Avenue, PH/26th Fl. | New York, NY 10016
Tel: (212) 277-5825 Fax: (212) 277-5880
DRankin@blhny.com | http://www.blhny.com

**This message may contain privileged material. If you are not the intended recipient, please return it.**