# Exhibit 7



**Office of the General Counsel**
Washington DC 20420

In Reply Refer To: ILG/024T
**OGC Case #: 98677**

August 7, 2018

Mr. David Rankin
Bedlock, Levin & Hoffman LLP
Via email: DRankin@BLHNY.COM

*Re:  FOIA Tracking No. 18-03259-F*

Dear Mr. Rankin:

This is to acknowledge receipt of your August 6, 2018, Freedom of Information Act (FOIA) Appeal. You are appealing the July 26, 2018, decision by the Department of Veterans Affairs Veterans Health Administration FOIA Office.

We are in the process of obtaining relevant records **and/or** information concerning your appeal. Once that information is received from the facility that denied your initial request, your appeal will be assigned to a FOIA attorney within our office. Please be aware that all appeals to our office are processed in the order in which they are received (i.e., on a first-in/first-out basis.) Given the variant circumstances that affect the length of time required to respond to each appeal, including the number and size of documents requested, the need to retrieve those records, the complexity of the legal issues involved, and the current workload of the responsible attorney, it is difficult to determine precisely when a decision will be rendered in a particular case. Currently, we are unable to offer an estimate as to when your appeal will be completed.

We will issue you a final determination in writing once a decision is made on your appeal.

While we process your appeal, if you have any questions about this matter, please call our office at (202) 461-7684. We appreciate your patience while we process your appeal.

Sincerely,

*Tracy Knight*

Tracy Knight
Government Information Specialist
Information Law Group