# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Southern District of New York

**Reclaim the Records and Brooke Schreier Ganz**

    Plaintiff(s),

VS.

**United States Department of Veterans Affairs, including its Components, the Office of General Counsel, the Veterans Benefits Administration, and Veterans Health Administration**

    Defendant(s).

Attorney: David B. Rankin

Beldock Levine & Hoffman LLP
99 Park Avenue, PH 26th Fl.
New York NY 10016



*233642*

**Case Number: 18-CV-8449**

Legal documents received by Same Day Process Service, Inc. on **09/25/2018** at **11:13 AM** to be served upon **United States Department of Veterans Affairs**, at 810 Vermont Avenue NW, Washington, DC, 20420

I, **Jessica Pina**, swear and affirm that on **September 25, 2018** at **1:15 PM**, I did the following:

Served **United States Department of Veterans Affairs, a government agency** by delivering a conformed copy of this **Summons in a Civil Action; Amended Complaint; Exhibits; Civil Cover Sheet; Individual Rules and Practices in Civil Cases** to **Daniel Kennedy** as **Paralegal & Authorized Agent** at **810 Vermont Avenue NW, Washington, DC 20420** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 34 Height: Over 6ft Weight: 161-200 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_Jessica Pina_ (signature)
**Jessica Pina**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:233642



District of Columbia: SS
Subscribed and Sworn to before me this 25th day of September, 2018

_Trevor Bruce_ (signature)
Trevor Bruce, Notary Public, D.C.
My commission expires August 14, 2023