UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RECLAIM THE RECORDS and BROOKE
SCHREIER GANZ,

                          Plaintiff,

-v-

UNITED STATES DEPARTMENT OF VETERANS
AFFAIRS, including its Components, the Office of
General Counsel, the Veterans Benefits Administration,
and Veterans Health Administration,

                          Defendants.

**AFFIDAVIT OF SERVICE**

Index No. 18-CV-8449

---

I, Donald Pooler, do hereby state and affirm under penalties of perjury that the following is true and correct:

1. I am over 18 years of age and am not a party to this action.

2. On November 1, 2018 at approximately 3:31 pm at the Southern District of New York, 86 Chambers Streets, New York, NY 10007, I served the following documents upon **Sharanya Sai Mohan, Assistant United States Attorney**, by delivering and leaving a true copy of the documents with a person of suitable age and discretion:

    a. *Summons,*

    b. *Amended Complaint,*

    c. *Civil Cover Sheet,*

    d. *Individual Rules and Practices of Judge Paul A. Engelmayer,*

    e. *SDNY Case filing rules and instructions.*

3. Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstance of service as follows:

    Sex:  Male              Race:  Asian              Hair: Black

Approximate Age:     27     Approx. Height: 5'8"     Approx Weight: 150

4. On November 2, 2018 at approximately 11:00 am, I mailed a copy of the **Aforementioned documents** in an envelope addressed to, Sharanya Sai Mohan, Assistant United States Attorney, Southern District of New York, 86 Chambers Streets, New York, NY 10007. Said envelope was marked "Personal and Confidential" and did not include any markings indicating that said mailing came from a law office. Said envelope was affixed with sufficient postage and deposited in a mail depository within the exclusive control of the United States Postal Service.

Dated:     New York, New York
           November 2, 2018

By: _____
    Donald Pooler

STATE OF NEW YORK     )
                      :ss:
COUNTY OF NEW YORK    )

Sworn to before me this
2nd day of November, 2018

_____
Notary Public

MARC A. CANNAN
NOTARY PUBLIC, State of New York
No. 02CA6265836
Qualified in Queens County
Commission Expires 07/16/20__

2