AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Reclaim the Records, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  18-cv-8449 (PAE) |
| United States Department of Veterans Affairs | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant                                                                                      .

Date:   11/19/2018

/s/ Sharanya Mohan
*Attorney's signature*

Sharanya Mohan, SM1963
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
86 Chambers Street
New York, NY 10007
*Address*

sharanya.mohan@usdoj.gov
*E-mail address*

(212) 637-2737
*Telephone number*

(212) 637-2786
*FAX number*