JUDGE McMAHON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEC 27 2018

------------------------------------------------------------x
                                                            :
In re: Stay of Certain Civil Cases Pending the              :   STANDING ORDER
Restoration of Department of Justice Funding                :   M10-468
                                                            :
                                                            :   18 MISC 605
------------------------------------------------------------x

Upon the application of the United States Attorney for the Southern District of New York, in light of the lapse of funding to the United States Department of Justice, and to facilitate the management of the Court's docket, it is hereby ordered as follows:

1.   Absent other direction or order from the Court, all civil cases (other than civil forfeiture cases) in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record for the United States, its agencies, and/or its employees are hereby stayed until the business day after the President signs into law a budget appropriation that restores Department of Justice funding.

2.   Absent other direction or order from the Court, all court deadlines, including scheduling order deadlines and seal deadlines in qui tam cases, in all civil cases (other than civil forfeiture cases) in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record for the United States, its agencies, and/or its employees are hereby tolled during the duration of the government shutdown and extended thereafter for a period of time equal to the number of calendar days between December 21, 2018, and the date the President signs into law a budget appropriation that restores Department of Justice funding.

3.   The United States Attorney's Office shall notify the Court immediately upon the restoration of Department of Justice funding.

SO ORDERED.

_____
Colleen McMahon
Chief Judge

Dated:   New York, New York
         December 27, 2018