UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RECLAIM THE RECORDS, et al.,

                                    Plaintiff,

              -v-

UNITED STATES DEPARTMENT OF VETERANS
AFFAIRS,

                                    Defendant.

---

18 Civ. 8449 (PAE)
ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received the parties' May 6, 2019 joint status update, requesting that the

Court set a summary judgment briefing schedule. The Court hereby sets the following deadlines:

- The Government's affirmative motion for summary judgment is due Thursday,

  June 20, 2019;

- Plaintiffs' combined opposition and cross-motion for summary judgment is due

  Monday, August 5, 2019;

- The Government's combined opposition and reply brief is due Monday, August

  26, 2019; and

- Plaintiffs' reply brief is due Monday, September 16, 2019.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: May 6, 2019
       New York, New York