**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RECLAIM THE RECORDS and BROOKE
SCHREIER GANZ,

                    Plaintiffs,

               v.

UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS, including its
Components, the Office of General Counsel,
the Veterans Benefits Administration,
and the Veterans Health Administration,

                    Defendant.

**NOTICE OF MOTION**

18 Civ. 8449 (PAE)

        PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of its Motion

for Summary Judgment, the Declaration of Deana M. Marakowski and exhibits thereto, the

Declaration of John F. Quinn III, the Declaration of Derek Herbert, and the Declaration of

Sharanya Mohan and exhibit thereto, defendant the United States Department of Veterans

Affairs, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of

New York, respectfully moves for summary judgment pursuant to Federal Rule of Civil

Procedure 56.

Dated:  New York, New York
        July 5, 2019

                                    Respectfully submitted,

                                    GEOFFREY S. BERMAN
                                    United States Attorney for the
                                    Southern District of New York

By:*/s/ Sharanya Mohan*
                                    SHARANYA MOHAN
                                    Assistant United States Attorney
                                    86 Chambers Street, Third Floor
                                    New York, NY 10007
                                    Tel.: (212) 637-2737
                                    Fax: (212) 637-2786
                                    sharanya.mohan@usdoj.gov