# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RECLAIM THE RECORDS and BROOKE SCHREIER GANZ,<br><br>          Plaintiffs,<br><br>          v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, including its Components, the Office of General Counsel, the Veterans Benefits Administration, and the Veterans Health Administration,<br><br>          Defendant. | 18 Civ. 8449 (PAE)<br><br><br><br>**DECLARATION OF SHARANYA MOHAN** |

I, Sharanya Mohan, do hereby declare under penalties of perjury, pursuant to 28 U.S.C. §1746, that the following is true and correct to the best of my knowledge, information and belief:

1. I am an Assistant United States Attorney in the office of Geoffrey S. Berman, United States Attorney for the Southern District of New York. I submit this declaration in support of the motion for summary judgment of defendant U.S. Department of Veterans Affairs (the "VA").

2. Attached hereto as Exhibit A is a true and correct copy of an April 11, 2019 cover letter transmitting the VA's release of records in response to Plaintiffs' Freedom of Information Act request.

Dated: New York, New York
       July 5, 2019

                                                */s/ Sharanya Mohan*
                                                SHARANYA MOHAN
                                                Assistant United States Attorney
                                                86 Chambers Street
                                                New York, New York 10007
                                                Tel.: (212) 637-2737
                                                Fax: (212) 637-2786
                                                E-mail: sharanya.mohan@usdoj.gov