AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Reclaim the Records, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-8449 (PAE) |
| United States Department of Veterans Affairs | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant.

Date: 08/13/2019

/s/ Charles S. Jacob
*Attorney's signature*

Charles Jacob, Assistant U.S. Attorney (CJ3917)
*Printed name and bar number*

United States Attorney's Office
86 Chambers Street, Third Floor
New York, NY 10007
*Address*

charles.jacob@usdoj.gov
*E-mail address*

(212) 637-2725
*Telephone number*

(212) 637-2702
*FAX number*