

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
New York, NY 10007

August 13, 2019

BY ECF
Honorable Paul A. Engelmayer
United States District Judge
40 Foley Square
New York, NY 10007

Re: *Reclaim the Records, et al. v. U.S. Department of Veterans Affairs*, 18 Civ. 8449 (PAE)

Dear Judge Engelmayer:

    Pursuant to Local Rule 1.4, I respectfully submit my application to withdraw from the above-referenced action and to be removed as counsel of record for the defendant. As set forth in my attached declaration, I will soon no longer be with the United States Attorney's Office for the Southern District of New York, which represents the defendant in this matter.

    I thank the Court for its consideration of this submission.

                            Respectfully submitted,

                             GEOFFREY S. BERMAN
                             United States Attorney

By:   */s/ Sharanya Mohan*
      SHARANYA MOHAN
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, NY 10007
      Tel: (212) 637-2737
      Fax: (212) 637-2786
      sharanya.mohan@usdoj.gov