UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RECLAIM THE RECORDS and BROOKE SCHREIER GANZ,<br><br>       Plaintiffs,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, including its Components, the Office of General Counsel, the Veterans Benefits Administration, and the Veterans Health Administration,<br><br>       Defendant. | 18 Civ. 8449 (PAE) |

## DECLARATION OF SHARANYA MOHAN

I, Sharanya Mohan, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Southern District of New York ("USAO SDNY"), and in that capacity represent the respondent in this action.

2. As of September 3, 2019, I am starting a new position as Assistant United States Attorney in the United States Attorney's Office for the Northern District of California. My last day at the USAO SDNY is August 13, 2019.

3. Because the defendant continues to be represented by counsel from the USAO SDNY, there is no prejudice to it as a result of my withdrawal.

4.  Accordingly, I respectfully request that I be permitted to withdraw from this action and be removed as attorney of record for Defendant.

Dated: August 13, 2019
       New York, New York

*/s/ Sharanya Mohan*
SHARANYA MOHAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2737
Fax: (212) 637-2786
sharanya.mohan@usdoj.gov