

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, NY 10007

August 13, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2019
```

BY ECF
Honorable Paul A. Engelmayer
United States District Judge
40 Foley Square
New York, NY 10007

Re: *Reclaim the Records, et al. v. U.S. Department of Veterans Affairs*, 18 Civ. 8449 (PAE)

Dear Judge Engelmayer:

    Pursuant to Local Rule 1.4, I respectfully submit my application to withdraw from the above-referenced action and to be removed as counsel of record for the defendant. As set forth in my attached declaration, I will soon no longer be with the United States Attorney's Office for the Southern District of New York, which represents the defendant in this matter.

    I thank the Court for its consideration of this submission.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: */s/ Sharanya Mohan*
SHARANYA MOHAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2737
Fax: (212) 637-2786
sharanya.mohan@usdoj.gov

Granted.
SO ORDERED.

8/13/19

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge