UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| RECLAIM THE RECORDS and BROOKE SCHREIER GANZ,<br><br>         Plaintiffs,<br><br> - against -<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, including its Components, the Office of General Counsel, the Veterans Benefits Administration, and the Veterans Health Administration,<br><br>         Defendant. | **NOTICE OF CROSS MOTION**<br><br><br><br>**No. 18-CV-8449** |

**PLEASE TAKE NOTICE** that upon the affirmation of David B. Rankin of Beldock Levine & Hoffman, LLP, sworn to on October 11, 2019 and the accompanying Memorandum of Law, the undersigned will request this Court located at Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007 at a time of the Court's convenience for an:

1.  Order to produce of the documents requested through Freedom of Information Act ("FOIA"), 5 U.S.C. §§552 *et seq.*, following Judgement thought Fed. R. Civ. P. 56; and

2.  Other such relief as the Court finds just and proper.

[///]

Dated:      October 11, 2019
            New York, New York

                                        Respectfully submitted,

                                        BELDOCK LEVINE & HOFFMAN, LLP
                                        99 Park Avenue, PH/26th Floor
                                        New York, New York 10016
                                        *Attorneys for Plaintiff*

By:_____
                                        David B. Rankin
                                        Katherine Adams (law graduate)
                                        t: 212-277-5825
                                        e: drankin@blhny.com