## Database & Methods Cyberseminar Series

**Session #4.** *Ascertaining Veterans' Vital Status: VA Data Sources for Mortality Ascertainment and Cause of Death*



*The objectives of this cyberseminar are to:*

- Identify data sources for Veteran vital status ascertainment

- Understand the contents and structure of the VA Vital Status Files and their appropriate use for mortality ascertainment

- Describe the respective strengths and limitations of available VA data sources for mortality ascertainment

- Identify other relevant sources of death data including the National Death Index and state death certificates

- Demonstrate how these data resources can be used in research studies

01/2019

# Session roadmap

- Data sources for Veteran vital status ascertainment
- VHA Vital Status Files
- Data sources for Veteran & Non-Veteran mortality
- Date of Death Workgroup
- Other resources for mortality data
- Examples of using mortality data for research

01/2019

# Poll Question #1

## What is your role in research and/or quality improvement?

- Investigator, PI, Co-I
- Data manager, analyst, or programmer
- Project coordinator
- Other – please describe via the Q&A function

01/2019

# Poll Question #2

**How would you rate your knowledge of methods to ascertain death dates for Veterans in the VA?**

a.  1 (No knowledge)

b.  2

c.  3

d.  4

e.  5 (Expert)

# Session roadmap

- **Data sources for Veteran vital status ascertainment**
  - Sources in VHA Vital Status Files
  - Sources not in VHA Vital Status Files
- VHA Vital Status Files
- Data sources for Veteran & Non-Veteran mortality
- Date of Death Workgroup
- Other resources for mortality data
- Examples of using mortality data for research

01/2019

# BIRLS Death File

| | |
|---|---|
| **Received from** | Veterans Benefits Administration (VBA) Beneficiary Identification and Records Locator System (BIRLS) database extract |
| **Information Sources** | Family, VHA hospitals, VA National Cemetery Administration, Social Security Administration (SSA) |
| **Coverage** | Veterans known to VA |
| **Update Schedule** | Monthly (complete overlay) |
| **Location** | Austin Information Technology Center (AITC) and on VINCI |


**Available in the VSF**

01/2019

# VA/CMS Medicare Vital Status File

| | |
|---|---|
| **Received from** | Centers for Medicare & Medicaid Services (CMS) annually |
| **Information Sources** | SSA, Medicare claims, Other (e.g., family) |
| **Coverage** | Veterans enrolled in Medicare (>=65 years old or disabled) |
| **Update Schedule** | Annual (deaths through October 2017) |
| **Location** | Available from VIReC |


Available in the VSF

01/2019

# SSA Death Master File

| | |
|---|---|
| **Received from** | Social Security Administration (SSA) |
| **Information Sources** | Family, funeral directors, post offices, financial institutions, other federal agencies, state vital records agencies |
| **Coverage** | Individuals with SSN (first issued 1936)<br>Includes deaths occurring outside United States<br>More complete for over 65 population and for beneficiaries |
| **Update Schedule** | Weekly (and VA receives annual overlay) |
| **Location** | AITC |

 **Available in the VSF**

01/2019

# Medical SAS Inpatient File

| | |
|---|---|
| **Received from** | Austin Information Technology Center (AITC) |
| **Information Sources** | VistA PTF File (#45), Date of Disposition (DISDAY), and Type of Disposition (DISTYPE) fields |
| **Coverage** | Inpatient deaths in VA facilities<br>Inpatient deaths in non-VA hospitals |
| **Update Schedule** | Weekly |
| **Location** | AITC (MedSAS) and Corporate Data Warehouse (CDW) |



**Available in the VSF**

01/2019

# Corporate Data Warehouse (CDW)

| Received from | Corporate Data Warehouse (CDW) |
|---|---|
| Information Sources | VISTA |
| Coverage | Deaths verified by official source including VHA facilities, death certificates, and National Cemetery Administration (NCA) |
| Update Schedule | Daily |
| Location | [CDW Patient 3.0 ] |

 **Not Available in the VSF**

01/2019

# CDW

## SPatient.SPatient Table

*Columns were updated in 2017 Patient release*

| Columns |
| --- |
| **DeathDateTime** <br> *DeathVistaErrorDate and DeathDateTransformSID* <br> *Death date may contain defaulted month and day* |
| **DeceasedFlag (created by CDW)** <br> *Flag set to 'Y' if there is information in the DeathDateTime column that can be converted to a date and 'N' otherwise. There are a small number of records with invalid values in the death date time that have an 'N' in this column, previously the Deceased column contained a 'Y' for these records.* |

# CDW

## New Fields

| Fields |
| --- |
| **DeathDocumentationType** |
| **DeathEnteredByStaffSID** |
| **DeathLastUpdatedByStaffSID** |
| **DeathModifiedDateTime** |
| **DeathModifiedDateTimeTransformSID** |
| **DeathModifiedVistaErrorDate** |
| **DeathNotificationSource** |

# CDW Limitations

Current policy: Information to be entered from "<u>official sources</u>" only

- **VHA Directive 1906**
  - *VHA facility* (if patient died in the VHA facility or while under VA auspices)
  - *Death certificate*
  - *National Cemetery Administration*
- **38 CFR 3.211 – Death**
- **EVVE Certification**

CDW Date of Death Analysis and Vital Status File Comparison

# Session roadmap

- Data sources for Veteran vital status ascertainment

- **VHA Vital Status Files**
  - Structure and contents
  - Challenges in using the VHA VSF

- Data sources for Veteran & Non-Veteran mortality

- Date of Death Workgroup

- Other resources for mortality data

- Examples of using mortality data for research

01/2019

# Poll Question #3

## Have you ever used the VHA VSF?

a.   Yes, both the Master File and Mini File

b.   Yes, only the Mini File

c.   Yes, only the Master File

d.   No

# VHA VSF Background

- Single sources are incomplete
- Using the National Death Index as the gold standard:



| DOD Source | Sensitivity |
|---|---|
| BIRLS | 64-80% |
| VA/CMS Medicare | 83% |
| SSA | 89-95% |
| PTF | 5-12% |

- Combined sources provide **97.5%-98.3% sensitivity**
- VIReC VA-NDI Mortality Data Merge Project

01/2019

# VHA VSF Creation

| | |
|---|---|
| **Owner** | Built by National Data Systems (NDS)<br>First available in October 2006 |
| **Data Access** | See VHA Data Portal website:<br>http://vaww.vhadataportal.med.va.gov/Home.aspx<br>(Intranet only) |
| **Coverage** | Veterans known to VA<br>    VHA activity FY 1992 or later<br>    VBA compensation and pension |
| **Update Schedule** | Updated quarterly |
| **Files** | Two files + conversion file: Master, Mini, scrambled/real SSN |

01/2019

# Construction of VHA VSF



- Medical SAS Inpatient Datasets and Census (PTF)
- Inpatient and Outpatient Encounter (ENC)
- Non-VA care or Fee Files (FEE)
- DSS Pharmacy Files (DSS)
- Enrollment (ENR)
- Veterans Service Network Corporate Mini Master File (VETSNET)

VBA Data

VHA Data — **Merge on SSN, DOB & SEX** →
- One record per SSN/DOB/SEX
- Last Activity Dates by Source
- Inpatient Deaths

MVI Data — **Merge on SSN** →
- Add MVI DOB and Sex

BIRLS
CMS
SSA Deaths — **Merge on SSN** →
- Add Death Data
- DOB, SEX, &DOD

**VSF MASTER File** →
- Select veterans
- Select 'best' DOB, SEX, DOD  for each SSN
- Obtain Date of Last Activity for an SSN
→ **VSF MINI File**

One Record Per SSN, DOB, Sex

One Record Per SSN

01/2019

# More detail on VHA VSF Construction

**VIReC Database & Methods Cyberseminar Series**

Ascertaining Veterans' Vital Status:
VA Data Sources for Mortality
Ascertainment and Cause of Death

**May 4, 2015**

**Presented by:**
Noreen Arnold, M.A.L.S., M.S, Data Quality Analyst
VHA OIA Data Quality Program

Claire Hoffmire, PhD, Epidemiologist
VISN19 Rocky Mountain MIRECC for Suicide Prevention

**Ascertaining Veterans' Vital Status: VA Data Sources for Mortality Ascertainment & Cause of Death**
Noreen Arnold, MS & Claire Hoffmire, PhD
5/4/2015
http://www.hsrd.research.va.gov/for_researchers/cyber_seminars/archives/video_archive.cfm?SessionID=982

**2014 VIReC Database and Methods Cyber Seminar Series**

**Ascertaining Veterans' Vital Status and Dates of Death:**

The VHA Vital Status File and Other Data Sources for Mortality Ascertainment in VA

July 14, 2014

Elizabeth Tarlov, PhD, RN



2

**Ascertaining Veterans' Vital Status and Dates of Death: The VHA Vital Status File and Other Data Sources for Mortality Ascertainment in VA**
Elizabeth Tarlov, PhD
7/14/2014
http://www.hsrd.research.va.gov/for_researchers/cyber_seminars/archives/video_archive.cfm?SessionID=857

# Vital Status Files

*January 8, 2019*

| Master | Mini<br>*Combined data from multiple Master records* |
|---|---|
| Veterans & Non-Veterans | Veterans only |
| 1 record per SSN/DOB/Sex combination | 1 record per SSN |
| 125 variables | 16 variables |
| 31,265,546 records | 19,168,889 records |
| 21,696,734 SSNs | 19,168,889 SSNs |
| 39% of SSNs have >1 record (8,514,506) | - |

01/2019

# Vital Status Mini Contents

*1/8/2019*
*n = 19,168,889*

| Variable | Label |
|---|---|
| ACT_LAST_DT | LAST HEALTHCARE OR BENEFIT ACTIVITY DATE |
| ACT_LAST_DT_IND | LAST HEALTHCARE OR BENEFIT ACTIVITY DATE INDICATOR |
| ACT_LAST_DT_SRC | LAST HEALTHCARE OR BENEFIT ACTIVITY DATE SOURCE |
| DOB | BEST DATE OF BIRTH |
| DOB_IND | BEST DATE OF BIRTH INDICATOR |
| DOB_SRC | DATA SOURCE BEST DATE OF BIRTH |
| DOD | BEST DATE OF DEATH |
| DOD_IND | BEST DATE OF DEATH INDICATOR |
| DOD_SRC | DATA SOURCE BEST DATE OF DEATH |
| LIVING_IND | PRESUMED LIVING INDICATOR |
| SCRSSN | SCRAMBLED SOCIAL SECURITY NUMBER |
| SEX | BEST GENDER |
| USE_AFTER_DTH_FLG | UTL_LAST_DT IS GT DOD +31 DAYS (0=NO 1=YES) |
| UTL_LAST_DT | LAST HEALTHCARE UTILIZATION DATE |
| UTL_LAST_DT_IND | LAST HEALTHCARE UTILIZATION DATE INDICATOR |
| UTL_LAST_DT_SRC | LAST HEALTHCARE UTILIZATION DATE SOURCE |

# Best DOB and DOD Sources on VSF Mini

*VHA VSF Mini on January 8, 2019*

### Best Birth Date Data Source

| | |
|---|---:|
| BIRLS DEATH FILE | 1,194 |
| MEDICARE DATA | 500,294 |
| DECISION SUPPORT SYSTEM | 10,906 |
| OUTPT/INPAT ENCOUNTER | 1,742,011 |
| ENROLLMENT SYSTEM | 99,263 |
| FEE BASIS | 6,780 |
| MVI | 16,413,512 |
| PATIENT TREATMENT FILE | 130,297 |
| SOCIAL SECURITY DEATH FILE | 22,431 |
| VBA | 242,201 |
| **Total** | **19,168,889** |

### Best Death Date Data Source

| | |
|---|---:|
| No Death Date | 11,694,950 |
| BIRLS DEATH FILE | 174,115 |
| MEDICARE DATA | 4,513,388 |
| FEE BASIS | 103,842 |
| PATIENT TREATMENT FILE | 822,105 |
| SOCIAL SECURITY DEATH FILE | 1,860,489 |
| **Total** | **19,168,889** |

01/2019

# Potential Challenges when using VHA VSF

- Demographics do not match

- Multiple dates of death

- Activity after date of death

- Erroneously recorded dates of death in sources

*Note: VHA VSF should not be used for business operations regarding individual veterans*

# Possible Strategies for Matching Cohorts



| | |
|---|---|
| **Use the Mini File for the initial search for deaths** | *Match on SSN* |
| **Use the Master File to investigate unusual cases** | *For example:*<br>• *Cohort DOB/Sex do not match Mini DOB/Sex*<br>• *May be records on the Master File with matching demographics* |
| **Activity after death** | • *Check DOB/Sex for DOD sources on Master File*<br>• *Are all DOD on Master File the same?* |
| **Consider additional supplementary data sources** | *Use the NDI or State Vital Statistics Offices for cases lost to follow up, i.e.,*<br>• *No death date*<br>• *No VHA or VBA activity after end of follow up* |
| **Consider using CDW** | *Use for individuals without activity after 1991 or very recent deaths* |

01/2019

# Session roadmap

- Data sources for Veteran vital status ascertainment

- VHA Vital Status Files

- **Data sources for Veteran & Non-Veteran mortality**

- Date of Death Workgroup

- Other resources for mortality data

- Examples of using mortality data for research

01/2019

# National Death Index

- Gold standard for death ascertainment
- Available from the National Center for Health Statistics
  - Source of data: State Vital Statistics Offices
  - Records from 1979 through 2018 early release (~12 month lag)
- Contains cause of death from death certificates
- Information about fees & access:
  - http://www.cdc.gov/nchs/ndi.htm
- Suicide Data Repository

01/2019

# National Death Index for Veterans

CDC's National Death Index Plus contains ~3.0 million records (1979-2016)

- Date and cause of death (ICD-10 codes)
- Veteran decedents only, all causes of death
- Current mortality archive:
  - Service members who separated from active duty service (including deactivation NG & Reserve) between 1979-2011
  - All users of VHA services, FY2000-2016
  - Please see http://vaww.virec.research.va.gov/Mortality/Overview.htm



01/2019

# National Death Index for Veterans

| | |
|---|---|
| **Availability** | Suicide Data Repository (SDR), which is administered jointly between VA Office of Mental Health and DoD |
| **Data Access** | All applications for access to NDI data available from SDR<br><br>Reviewed by a joint VA-DoD Board of Governance (meets quarterly – January, April, July, October) |
| **Contact Information** | Contact VHACANSDRDataRequests@va.gov for more information about accessing NDI data from the SDR.<br><br>Data through 2016 will be available soon. |

01/2019

# SSA Epidemiological Search

- Provides date of death

- Validates SSN

- Provides 'presumed living' status

  - Based on SSA administrative data including:

    - Payroll deductions, railroad retirement or disability payments, death claims filed by beneficiaries

    - Advantage: Reduces loss to follow up

- Deaths occurring outside the US

- Fees & Access

  - http://www.ssa.gov/policy/about/epidemiology.html

01/2019

# State Death Certificates

- States' policies regarding the release of death certificates vary considerably, as deceased individuals are not human subjects.

- An informal review of state vital statistics offices websites revealed that 24 mentioned a process for obtaining death records.

01/2019

# State Death Certificates
## Advantages and Disadvantages

- Veteran status is reported on the death certificate.

- The whole death record, including contributing causes and not just underlying cause, is available.

- With identifiers can be linked to VA data.

- Limited in scope-not all states allow release of records for research.

- Death record is the official record but concerns about accuracy of information remain.

# Defense Manpower Data Center (DMDC)

- Contains files that report casualties in past and ongoing conflicts.

- These publicly available files contain the actual names, rank, pay grade, unit, and place of death.

- This reporting is part of the Defense Casualty Analysis System (DCAS).

- For more information: https://dcas.dmdc.osd.mil/dcas/pages/casualties.xhtml

- These files have been used for research purposes, e.g. The association of state per capita income and military service deaths in the Vietnam and Iraq wars. *Population Health Metrics* 2009; 9:2.

01/2019

# Session roadmap

- Data sources for Veteran vital status ascertainment

- VHA Vital Status Files

- Data sources for Veteran & Non-Veteran mortality

- **Date of Death Workgroup**

- Other resources for mortality data

- Examples of using mortality data for research

01/2019

# Date of Death Project

- VHA Date of Death Workgroup evolved into the Date of Death Project that now includes leadership and participation from VHA, VBA, and NCA

- Purpose: improve VA ascertainment and documentation of death of individuals known to the VA

- Develop processes and procedures to improve accuracy and completeness of date of death

- Master Veteran Index (MVI) is the authoritative service for date of death

- Electronic Verification of Vital Events is now in use at the VA

# Date of Death Project (cont.)

EVVE – Electronic Verification of Vital Events

- NAPHSIS
  - National Association for Public Health Statistics and Information Systems
- Online query system of state vital statistics data bases
  - Death Certificates
  - Birth Certificates

01/2019

# Date of Death Project (cont.)

Status

- MVI became the authoritative source for date of death in August 2017.

- In the fall of 2017, MVI was seeded with dates of death originating from VistA.

- In November 2017, MVI began accepting dates of death from the weekly SSA DMF file after internal verification of the deaths.

- The MVI in 2019 includes deaths from the SSA DMF.

- Dates of death in the MVI are being pushed out to the VistA records, thus more death dates will be found in the CDW.

# Session roadmap

- Data sources for Veteran vital status ascertainment

- VHA Vital Status Files

- Data sources for Veteran & Non-Veteran mortality

- Date of Death Workgroup

- **Other resources for mortality data**

- Examples of using mortality data for research

01/2019

# CDC National Center for Health Statistics

- The Centers for Disease Control (CDC) also has a number of death search tools as well as limited individual death files.

- Examples include CDC Wonder underlying cause of death search tool

  - http://wonder.cdc.gov

  - Individual level multiple cause of death files are also available

  - http://www.cdc.gov/nchs/data_access/VitalStatsOnline.htm#Mortality_Multiple

01/2019

# CDC Injury Prevention & Control
## Data & Statistics

- Web-based Injury Statistics Query and Reporting System (WISQARS)

  - http://www.cdc.gov/injury/wisqars/index.html

- These databases have limited information due to privacy concerns, but have research applications.

- Essentially these files are de-identified.

01/2019

# Benefits of Additional Mortality Information

- Findings derived from information on VHA Veterans alone are unlikely to be broadly generalizable to all Veterans

  - 70% of the 22 million living U.S. Veterans in 2012 not enrolled/using VHA service

- Relative to the Vital Status File, additional data sources allow VA researchers to:

  - Study the whole/general Veteran population

  - Compare Veterans who use VHA services prior to death to those who do not

  - Compare Veteran and non-Veteran by cause of death

01/2019

# Session roadmap

- Data sources for Veteran vital status ascertainment

- VHA Vital Status Files

- Data sources for Veteran & Non-Veteran mortality

- Date of Death Workgroup

- Other resources for mortality data

- **Examples of using mortality data for research**

01/2019

# Service Connected Disability (Veteran National Death Index)

- Maynard et al. Cause of death in Veterans with service connected conditions, *Military Medicine* 2018;183:e371-e376.

- Veterans were categorized by 3 age groups, corresponding to period of service.

- In the group born after 1957, cardiovascular disease and cancer accounted for about 1/3 of deaths, whereas deaths due to accidents, suicide, or assault accounted for nearly 35% of deaths.

# Service Connected Disability and One Year Survival

- Maynard et al.  Disability rating and one-year mortality in Veterans with service connected conditions. *Public Health Reports* 2018;133:692-699.

- Linked VETNSET file with VS Mini file.

- Veterans with a 100% rating had poorer 1 year survival than did those with lower ratings.

# State Death Certificates

- Washington State offers death records for purchase.

- Files of decedent names and the death records themselves are available from 1968 to current with each file costing $20 per year.

- For more information: http://www.doh.wa.gov/DataandStatisticalReports/VitalStatisticsData/OrderDataFiles.

# Studies using Washington State Death Records

- Dominitz, et al. Assessment of vital status in Department of Veterans Affairs National Databases:  Comparison with state death certificates.  *Annals of Epidemiology* 2001;11:281-86.

- Maynard, et al. Differences in cause of death between Washington State veterans who did and did not use VA health care services.  *Journal of Rehabilitation Research and Development* 2006;43:825-830.

- Maynard, et al.  Suicide rates in the Washington State veteran population. *Psychiatric Services* 2008;6:3.

- Maynard, et al. Cause of death in Washington state veterans hospitalized with acute coronary syndromes in the Veterans Health Administration. *Population Health Metrics* 2008;6:3.

- Maynard.  Accidental deaths in Veterans and non-veterans in Washington State. *Internet Journal of Epidemiology* 2010;8:2.

- Maynard. Cause of death in middle age white non-Hispanic Washington State veterans, 2000-2003. *Internet Journal of Epidemiology* 2015;13:1.

# Additional Resources

**Mortality Data Sources Cheat Sheet**

| Data Source | Coverage | Update schedule | Included in VHA VSF? |
|---|---|---|---|
| BIRLS Death File | Veterans known to VA | Monthly (complete overlay) | **YES** |
| VA/CMS Medicare Vital Status File | Veterans enrolled in Medicare (>=65 years old or disabled) | Annual | **YES** |
| SSA Death Master File | Individuals with SSN (first issued 1936); Includes deaths occurring outside United States; More complete for over 65 population and for beneficiaries | Weekly (and VA receives annual overlay) | **YES** |
| Patient Treatment File | Inpatient deaths (VA hospitals, Non-VA when covered by VA | Weekly | **YES** |
| Corporate Data Warehouse | Veterans | Daily | **NO** |
| National Death Index | Veterans and non-veterans | Search engine, lags 1 year | **NO** |
| SSA Epidemiological Search | Social Security recipients and applicants | Search engine | **NO** |
| State death records | Veterans and non-veterans | Annually | **NO** |

# Resources

**VHA Data Quality**
http://vaww.virec.research.va.gov/DataQuality/Overview.htm

**National Data Systems**
Dorothea Garrett (Dorothea.Garrett@va.gov)

**VIReC Website Resources**
http://vaww.virec.research.va.gov (VA Intranet only)

Information on VA data sources and how to access data
Documentation on VA data sources like VHA VSF
(http://vaww.virec.research.va.gov/VSF/Overview.htm)

**VHA Data Portal**
Integrates information from multiple sources into a single
location to promote a comprehensive knowledge base
http://vaww.vhadataportal.med.va.gov/Home.aspx (Intranet only)

01/2019

# VIReC Options for Specific Questions

## HSRData Listserv

- Community knowledge sharing

- ~1,400 VA data users

- Researchers, operations, data stewards, managers

- Subscribe by visiting http://vaww.virec.research.va.gov/Support/HSRData-L.htm (VA Intranet)



## HelpDesk

- Individualized support

 virec@va.gov

(708) 202-2413



Quick links for VA data resources

*Quick Guide: Resources for Using VA Data*
http://vaww.virec.research.va.gov/Toolkit/QG-Resources-for-Using-VA-Data.pdf  (VA Intranet)

VIReC: http://vaww.virec.research.va.gov/Index.htm  (VA Intranet)

VIReC Cyberseminars: http://www.virec.research.va.gov/Resources/Cyberseminars.asp

VHA Data Portal: http://vaww.vhadataportal.med.va.gov/Home.aspx  (VA Intranet)

VINCI: http://vaww.vinci.med.va.gov/vincicentral/  (VA Intranet)

Health Economics Resource Center (HERC): http://vaww.herc.research.va.gov  (VA Intranet)

CDW: https://vaww.cdw.va.gov/Pages/CDWHome.aspx  (VA Intranet)

Archived cyberseminar: What can the HSR&D Resource Centers do for you?
https://www.hsrd.research.va.gov/cyberseminars/catalog-archive.cfm

# References

- Da Graca B, Filardo G, Nicewander D. Consequences for healthcare quality and research of the exclusion of records from the death master file. *Circ Cardiovasc Qual Outcomes* 2013;6:124-128.

- U.S. Department of Veterans Affairs. VHA Directive 1906 Data Quality Requirements for Healthcare Identity Management and Master Veteran Index Functions. April 29, 2013.

- Doody MM, Chimes K. The Social Security Administration "presumed living" search. *Am J Public Health* 2000;90:1948-1949.

- Savas LS, del Junco DJ, Bastian LA, Vernon SW. Mortality ascertainment of women veterans: a comparison of sources of vital status information, 1979-2002. *Med Care* 2009;47:125-128.

- Sohn MW, Arnold N, Maynard C, Hynes DM. Accuracy and completeness of mortality data in the Department of Veterans Affairs. *Popul Health Metr* 2006;4:2.

- Arnold N, Sohn M, Maynard C, Hynes DM. VIReC Technical Report 2: VA NDI Mortality Data Merge Project. April 9, 2006. VA Information Resource Center. Available: http://vaww.virec.research.va.gov/Reports/TR/TR-VA-NDI-Mortality-CY06-ER.pdf

- Hoffmire C, Kemp J, Bossarte R. Changes in Suicide Mortality for Veterans Relative to Non Veterans by Gender and History of VHA Service Utilization, 2000-2010. *Psychiatric Services* 2015; 00:1–7; doi: 10.1176/appi.ps.201400031

- Maynard C.  Databases.  *The Encyclopedia of Death and the Human Experience.*  Thousand Oaks CA:  Sage Publications, 2009:258-261.

# Contact information

VA Information Resource Center

Hines VA Hospital

virec@va.gov

708-202-2413



Chuck Maynard
cmaynard@uw.edu



**Next session:**
**March 4th at 1 pm Eastern**



Database & Methods Cyberseminar Series

# Measuring Veterans' Medicare Health Services Use

Kristin de Groot, MPH
VA Information Resource Center

Register here: https://www.hsrd.research.va.gov/cyberseminars/catalog-upcoming-session.cfm?UID=3545

