

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
New York, NY 10007

June 15, 2020

BY ECF
Honorable Paul A. Engelmayer
United States District Judge
40 Foley Square
New York, NY 10007

Re:  *Reclaim the Records, et al. v. U.S. Department of Veterans Affairs*, 18 Civ. 8449 (PAE)

Dear Judge Engelmayer:

      This Office represents the United States Department of Veterans Affairs (the "VA") in this Freedom of Information Act ("FOIA") case. We write pursuant to this Court's Order, *see* Dkt. No. 45, which instructed the parties to file a joint status update on the parties' discussions regarding the "cut-off date" to be applied by the VA with respect to the "2010-Present" data from the BIRLS database. The Court has ordered the VA to produce to Plaintiff this subset of data by April 1, 2022. *See* Dkt. No. 39.

      For this subset of data, the parties jointly propose that the VA apply a cut-off date of March 24, 2020, the same date as this Court's Opinion and Order, Dkt. No. 39. The parties respectfully request that the Court so-order this stipulation.

      We thank the Court for its consideration of this submission.

      Respectfully,

      GEOFFREY S. BERMAN
      United States Attorney

By:    */s/ Charles S. Jacob*
      CHARLES S. JACOB
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, NY 10007
      Mobile Tel: (347) 491-1883
      charles.jacob@usdoj.gov

SO ORDERED.

    *[signature]*    6/16/2012
    PAUL A. ENGELMAYER
    United States District Judge