

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
New York, NY 10007

March 11, 2022

BY ECF
Honorable Paul A. Engelmayer
United States District Judge
40 Foley Square
New York, NY 10007

Re: *Reclaim the Records, et al. v. U.S. Department of Veterans Affairs*, 18 Civ. 8449 (PAE)

Dear Judge Engelmayer:

      This Office represents the United States Department of Veterans Affairs (the "VA") in this Freedom of Information Act ("FOIA") case. On behalf of the parties, we write pursuant to this Court's Order, which directed the parties to file "a letter explaining what, if any, issues are outstanding in the case." Dkt. No. 51.

      The parties do not presently anticipate any further disputes between the parties that will require judicial intervention. The only remaining tasks to be accomplished by the parties relating to this case are: (1) the VA's final production, as approved by the Court, *see* Dkt. No. 51; (2) the parties' effectuation of the stipulation and order for Plaintiffs' claims for attorneys' fees, *see* Dkt. No. 52. In the event that any dispute between the parties arises on either of these two issues, we will promptly notify the Court.

      We thank the Court for its consideration of this matter.

                            Respectfully,

                            DAMIAN WILLIAMS
                            United States Attorney

By:    */s/ Charles S. Jacob*
       CHARLES S. JACOB
       Assistant United States Attorney
       86 Chambers Street, Third Floor
       New York, NY 10007
       Tel: (212) 637-2725
       charles.jacob@usdoj.gov

cc: Counsel of record (via ECF)