UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECLAIM THE RECORDS, BROOKE SCHREIER GANZ,

                       Plaintiffs,

-v-

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,

                       Defendant.

18 Civ. 8449 (PAE)

ORDER TO SHOW CAUSE

PAUL A. ENGELMAYER, District Judge:

On September 17, 2018, plaintiffs filed the complaint in the above-captioned case. Dkt. 1, 2 (as amended). On March 24, 2020, the Court granted plaintiffs' motion for summary judgment and denied the Department of Veterans Affairs's ("VA"). Dkt. 39. On March 9, 2022, the Court entered the parties' stipulation and order of dismissal of plaintiffs' claim for attorneys' fees. Dkt. 52. On March 14, 2022, the Court ordered the parties to notify it upon the completion of the VA's final production, as approved by the Court, and the parties' effectuation of the stipulation and order for plaintiffs' claims for attorneys' fees. Dkt. 54.

The parties have not communicated with the Court since. The Court orders the parties, by August 2, 2023, to file a joint update on the status of those two outstanding tasks on the docket of this case.

SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          Paul A. Engelmayer
                                                          United States District Judge

Dated: July 27, 2023
      New York, New York